AO 106 (Rev. 04/10) Application for a Search Warrant      AUTHORIZED AND APPROVED/DATE: _____

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (405) 900-3460, THAT IS STORED AT PREMISES CONTROLLED BY AT&T

Case No. M-24-517-SM

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached and incorporated by reference.

located in the    Southern    District of    Florida    , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached and incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250(a) | Failure to Register as a Sex Offender |

The application is based on these facts:

See attached Affidavit of Senior Inspector U.S. Marshal Darrell Clark.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Darrell Clark, Senior Inspector U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 21, 2024
14:33

City and state: Oklahoma City, Oklahoma

*Judge's signature*

SUZANNE MITCHELL, U.S. MAGISTRATE JUDGE
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (405) 900-3460, THAT IS STORED AT PREMISES CONTROLLED BY AT&T | Case No. M-24-517-SM<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Darrell Clark, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant for information associated with a certain cellular telephone assigned call number (405) 900-3460, ("the SUBJECT PHONE"), that is stored at premises controlled by AT&T, a wireless telephone service provider headquartered at 11760 US Hwy. 1, N. Palm Beach, FL 33408. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require AT&T to disclose to the government copies of the information further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.

2. I am a Senior Inspector with the United States Marshal Service (USMS) and have been employed by the U.S. Marshal Service as a Criminal Investigator since February 23, 2007. As a Senior Inspector United States Marshal, I am assigned to the Western District of Oklahoma as the District Sex Offender Coordinator and assigned to the Metro Fugitive Task Force, a task

force operating under Special Apprehension Authority; and, as such, I am charged with enforcing the laws of the United States in all jurisdictions. My primary duty and assignment is to investigate violations of 18 U.S.C. § 2250, the Adam Walsh Act, and Sex Offender Registration and Notification Act (SORNA). My other duties include locating missing children as part of the USMS missing children unit (MCU) and to investigative and apprehend state and federal felony fugitives. I have completed the Criminal Investigator Training Program and the Basic Deputy U.S. Marshal Academy located at the Federal Law Enforcement Training Center. Part of my duties as a Senior Inspector U.S. Marshal include the investigation of violations of federal laws. In my training and experience, cell phone providers, such as AT&T, collect information that can provide evidence of violations of 18 U.S.C. § 2250, such as call records and historical cell site information. This information can demonstrate where a person was located, geographically, when a cell phone was used and in their possession. The information can also contain evidence of how long a person has been in an area based on historical cell site records.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2250(a) have been committed and are being committed by **Steven Butler**. There is also probable cause to search the information described in Attachment A for evidence of these crimes as further described in Attachment B.

## PROBABLE CAUSE

5. I am the case agent on an investigation into violations of 18 U.S.C. § 2250, Failure to Register as Sex Offender, by **Steven Butler**. **Butler** is a convicted sex offender and was convicted in the State of Oklahoma in 2003 for making lewd or indecent proposals with a child under sixteen, child abuse, child prostitution, procuring a child under eighteen for the purpose of prostitution, pandering, and kidnapping in Oklahoma County case number CF-2003-2890. In the factual basis for his plea, **Butler** admitted that he prevented a 14-year-old from leaving a hotel and induced her to engage in prostitution.

6. **Butler** is not currently registered as a sex offender in the State of Oklahoma.[1] I checked NCIC, the Oklahoma Department of Corrections Sex Offender Registry, and the National Sex Offender Registry and found no current registration for **Steven Butler** in Oklahoma.

7. A convicted sex offender is required under SORNA to register anywhere they reside, attend school, or are employed. A sex offender convicted of a Tier III offense, such as a felony involving the kidnapping of a minor, is required to register for life under SORNA.

8. **Butler** has had several encounters with law enforcement over the past few months. In these encounters, he stated that he owns businesses in Oklahoma City, one of which is the Content Café. He has repeatedly told law enforcement that he lives in Georgia and only travels to Oklahoma City for work.

9. However, I was informed that **Butler** was issued a citation on January 4, 2024, at the Content Café for providing alcohol to minors. I spoke with Agent Rekstad, who stated that **Steven Butler** gave the address of 11240 NE 52nd Street in Spencer, Oklahoma to receive correspondence for his citation.

---

[1] **Butler** previously registered in the State of Oklahoma until November 1, 2022, at which point he began registering in the State of Georgia. Since November 1, 2022, there is no record of his registration within the State of Oklahoma.

3

10. I conducted a search for a driver's license for **Butler** and found that he was issued an Oklahoma Driver's License in April of 2024 listing an address of 11240 NE 52nd Street in Spencer, Oklahoma.

11. Based on the NCIC and Georgia Sex Offender Registry, **Butler** last registered in Georgia on April 17, 2024, and he listed a phone number of (405) 900-3460. I conducted a record check and found that the number returns to **Steven Butler** with an address of 11240 NE 52nd in Spencer, Oklahoma.

12. I checked the phone number, (405) 900-3460, in Cash App and found it returns to $OGcashman26. During Agent Rekstad's investigation, he found that Content Café was using Cash App as payment for beverages. The account was $OGcashman26 with additional account info of S Butler. The number (405) 900-3460 is also listed in Oklahoma City Police report 2024-0033936-1 as being the phone number for **Steven Butler**.

13. Based on the above, there is probable cause to believe that **Butler** has knowingly failed to register after traveling in interstate commerce (from Georgia to Oklahoma) in violation of 18 U.S.C. § 2250(a).

14. Information, such as cell-site location, can demonstrate how long **Butler** has been residing in the Western District of Oklahoma without registering as a sex offender in violation of 18 U.S.C. § 2250. Open-source records searches showed the provider of (405) 900-3064 as being AT&T.

15. In my training and experience, I have learned that AT&T is a company that provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to which they provide service, including cell-site data, also

4

known as "tower/face information" or "cell tower/sector records." Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but is typically less precise than other types of location information, such as E-911 Phase II data or Global Positioning Device ("GPS") data.

16. Based on my training and experience, I know that AT&T can collect cell-site data about the SUBJECT PHONE. I also know that wireless providers such as AT&T typically collect and retain cell-site data pertaining to cellular phones to which they provide service in their normal course of business in order to use this information for various business-related purposes.

17. Based on my training and experience, I know that wireless providers such as AT&T typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service. I also know that wireless providers such as AT&T typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business. In my training and experience, this information may constitute evidence of the crimes under investigation because the information can

5

be used to identify the SUBJECT PHONE's user or users and may assist in the identification of co-conspirators and/or victims.

## AUTHORIZATION REQUEST

18. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

19. I further request that the Court direct AT&T to disclose to the government any information described in Section I of Attachment B that is within its possession, custody, or control. Because the warrant will be served on AT&T, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

_____
Darrell Clark
Senior Inspector U.S. Marshal
United States Marshal Service

Subscribed and sworn to before me on June 21, 2024.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to records and information associated with the cellular telephone assigned call number **(405) 900-3460**, ("the Account"), that are stored at premises controlled by AT&T ("the Provider"), headquartered at 11760 US Hwy. 1, N. Palm Beach, FL 33408.

## ATTACHMENT B

### Particular Things to be Seized

I.  **Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the time period **January 1, 2024, through June 21, 2024**:

a. The following information about the customers or subscribers of the Account:

  i. Names (including subscriber names, user names, and screen names);

  ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

  iii. Local and long distance telephone connection records;

  iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

  v. Length of service (including start date) and types of service utilized;

  vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

  vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

    viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.

  b. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

    i. the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

    ii. information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received

II. **Information to be Seized by the Government**

All information described above in Section I that constitute evidence of violations of **18 U.S.C. 2250(a)** involving **Steven Butler** during the period **January 1, 2024, until present**.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.